**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:21-cv-10387-JPO<br><br>**NOTICE OF APPEARANCE**<br>**OF DOUGLAS T. SCHWARZ, ESQ.** |

**PLEASE TAKE NOTICE** that Douglas T. Schwarz, Esq., of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Space Exploration Technologies Corporation, in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: douglas.schwarz@morganlewis.com.

Dated: December 23, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Douglas T. Schwarz*
　　　　　　　　　　　　　　　　　　　　Douglas T. Schwarz
　　　　　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10178
　　　　　　　　　　　　　　　　　　　　Telephone:　　(212) 309-6000
　　　　　　　　　　　　　　　　　　　　Facsimile:　　(212) 309-6001
　　　　　　　　　　　　　　　　　　　　douglas.schwarz@morganlewis.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

        I, Michael F. Fleming, hereby certify that a true and correct copy of the foregoing Notice of Appearance of Douglas T. Schwarz, Esq. was served via ECF on this 23rd day of December 2021 upon attorneys for Plaintiff.

Dated: December 23, 2021        */s/ Michael F. Fleming*
                                                 Michael F. Fleming