UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   -against-<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>      Defendant. | Civil Action No. 1:21-cv-10387-JPO<br><br>**NOTICE OF APPEARANCE**<br>**OF MICHAEL F. FLEMING, ESQ.** |

   **PLEASE TAKE NOTICE** that Michael F. Fleming, Esq., of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Space Exploration Technologies Corporation, in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: michael.fleming@morganlewis.com.

| | |
|---|---|
| Dated: December 23, 2021 | Respectfully submitted,<br><br>*/s/ Michael F. Fleming*<br>Michael F. Fleming<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>michael.fleming@morganlewis.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

       I, Michael F. Fleming, hereby certify that a true and correct copy of the foregoing Notice of Appearance of Michael F. Fleming, Esq. was served via ECF on this 23rd day of December 2021 upon attorneys for Plaintiff.

Dated:  December 23, 2021             */s/ Michael F. Fleming*
                                                   Michael F. Fleming