# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

December 23, 2021

**Via ECF**

The Honorable J. Paul Oetken
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

**Re:** ***Tavarez-Vargas v. Space Exploration Technologies Corp.*, 1:21-cv-10387-JPO**
       **Request to Extend Time to Respond**

Dear Judge Oetken:

We represent defendant Space Exploration Technologies Corporation ("SpaceX") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Carmen Tavarez-Vargas ("Plaintiff"), respectfully to request that the Court extend SpaceX's time to respond to the Complaint for a period of 30 days, *i.e.*, from January 6, 2022 to February 5, 2022. This is SpaceX's first request for an extension of time to respond to the Complaint.

In support of this request, counsel for SpaceX states that it was recently engaged in this matter and requests this extension of time in order to become familiar with the facts and allegations set forth in the Complaint. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for SpaceX*

cc: All Counsel of Record (via ECF)