# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 4, 2022

**Via ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

    Re:    *Tavarez-Vargas v. Space Exploration Technologies Corp.*, 1:21-cv-10387-JPO
             Request to Extend Time to Respond

Dear Judge Oetken:

We represent defendant Space Exploration Technologies Corporation ("SpaceX") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Carmen Tavarez-Vargas ("Plaintiff"), respectfully to request that the Court extend SpaceX's time to respond to the Complaint for a period of 21 days, *i.e.*, from March 7, 2022 to March 28, 2022. This is SpaceX's third request for an extension of time to respond to the Complaint. The Court granted each of SpaceX's prior request.

In support of this request, counsel for SpaceX states that the parties are continuing to engage in discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to focus their attention on those discussions, rather than on pleadings and litigation. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for SpaceX*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060     T +1.212.309.6000
United States     F +1.212.309.6001