# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 25, 2022

**Via ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

Re: ***Tavarez-Vargas v. Space Exploration Technologies Corp.*, 1:21-cv-10387-JPO
Request for 30-Day Order**

Dear Judge Oetken:

We represent defendant Space Exploration Technologies Corporation ("SpaceX") in the above-referenced action. We write jointly with counsel for Plaintiff Carmen Tavarez-Vargas ("Plaintiff") to inform the Court that the parties have reached an agreement in principle to resolve this action. Accordingly, counsel for the parties respectfully request that the Court stay all pending deadlines for a period of 30 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court. This is the parties' first request for a stay of deadlines to finalize the terms of their agreement.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for SpaceX*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060             T +1.212.309.6000
United States                        F +1.212.309.6001